E545

**Joseph. J. Perrone, Esq.**
**Stanton J. Terranova, Esq.**
**Giuliano McDonnell & Perrone, LLP**
*Attorneys for Plaintiff-Petitioner, Tappan Zee Constructors, LLC*
**5 Penn Plaza, 23rd Floor**
**New York, New York 10001**
**Telephone:   (646) 328-0120**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
IN THE MATTER OF THE COMPLAINT OF
TAPPAN ZEE CONSTRUCTORS, LLC, AS         Civil Action No.:
OWNER OF THE BARGE FF#14 FOR
EXONERATION FROM OR LIMITATION OF        **AFFIDAVIT OF VALUE**
LIABILITY,

                             Plaintiff-Petitioner.
---------------------------------------------------------------x

Pierce N. Power, being duly sworn, deposes and says:

1.   I am a Marine Surveyor and Vessel Appraiser with the office of Martin, Ottaway, van Hemmen & Dolan, Inc., having an office and place of business in Tinton Falls, New Jersey.

2.   I am fully familiar with commercial vessels, including barges of all types and their valuation and sales.

3.   I refer to Barge FF#14, owned by Tappan Zee Constructors, LLC, described as a 100' long x 30' wide x 7' deep deck barge that was assembled from 9 Flexi-Float sections and was operating as an inland spud barge to support dive operations, and make this Affidavit of Value concerning said vessel as configured based upon the facts presently available, my inspection of the Barge FF#14 on or about November 22, 2019, after the casualty, and upon my experience as a marine engineer, marine surveyor and vessel appraiser.

4. In my opinion, the fair and reasonable value of the FF#14 did not exceed $437,000 prior to October 16, 2019, and after completion of voyage, including any damage it sustained during the incident in controversy on or about October 17, 2019, did not exceed $437,000.

Date: March 27, 2020

_____
Pierce N. Power

Sworn to before me this
27th day of March 2020

_____
Notary Public

JOSEPH J. PERRONE
Notary Public, State of New York
No. 02PE6163464
Qualified in Nassau County
Commission Expires Mar. 26, 2023

2