Joseph. J. Perrone, Esq.
Stanton J. Terranova, Esq.
Giuliano McDonnell & Perrone, LLP
*Attorneys for Plaintiff-Petitioner, Tappan Zee Constructors, LLC*
5 Penn Plaza, 23rd Floor
New York, New York 10001
Telephone:    (646) 328-0120

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
IN THE MATTER OF THE COMPLAINT OF
TAPPAN ZEE CONSTRUCTORS, LLC, AS
OWNER OF THE BARGE FF#14 FOR
EXONERATION FROM OR LIMITATION OF
LIABILITY,

                    Plaintiff-Petitioner.
-------------------------------------------------------------x

Civil Action No.:

**AFFIDAVIT OF PENDING**
**FREIGHT**

Sam Choy, being duly sworn deposes and says:

1. I am President of Tappan Zee Constructors, LLC ("TZC"), which is the Plaintiff-Petitioner in limitation in the above-captioned action.

2. TZC, during the period of October 16, 2019 to present, including on October 17, 2020, was the owner of the component barge FF#14, which is also colloquially known on the project as the Diver's Flexi-Float barge.

3. At the conclusion of and as a result of a voyage in which barge FF#14 left TZC's facilities and traveled to its spudded location adjacent to the south side of the Mario M. Cuomo Memorial Bridge on October 16, 2019, and which ended on/or about October 18, 2019, when said barge returned to another portion of TZC's facilities, including during October 17, 2019, when said barge was involved in an accident, the value of the freight then pending was zero ($0.00) dollars.

Date: March 25, 2020

Sam Choy
President, Tappan Zee Constructors, LLC

Sworn to before me this
25th day of March 2020

Notary Public

JOSEPH J. PERRONE
Notary Public, State of New York
No. 02PE6163464
Qualified in Nassau County
Commission Expires Mar. 26, 2023