UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>-of-<br>MILLER'S TUG AND BARGE, INC., et al.,<br>Petitioners,<br>-against-<br>JOHN MCLOUGHLIN, et al.,<br>Claimants. | 20-CV-562 (ALC) (BCM) |
| IN THE MATTER OF THE COMPLAINT<br>-of-<br>TAPPAN ZEE CONSTRUCTORS, LLC, AS OWNER OF THE BARGE FF#14 FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br>Plaintiff-Petitioner. | 20-CV-2657 (ALC) (BCM)<br>ORDER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/22

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's conference:

1. No later than **May 6, 2022**, counsel for TZC shall provide counsel for the McLoughlins with the most recent contact information, including current job site information, for all TZC witnesses that the McLoughlins have asked to depose or, in the alternative, shall agree to accept service of deposition subpoenas on behalf of such witnesses.

2. No later than **May 6, 2022**, counsel for Ballard Marine shall provide counsel for the other parties with the most recent contact information, including current job site information, for all Ballard Marine witnesses that the other parties have asked to depose, including current job site information, or, in the alternative, shall agree to accept service of deposition subpoenas on behalf of such witnesses.

Dated: New York, New York
      April 26, 2022

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**