```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>-of-<br>MILLER'S TUG AND BARGE, INC., et al.,<br>Petitioners,<br>-against-<br>JOHN MCLOUGHLIN, et al.,<br>Claimants. | 20-CV-562 (ALC) (BCM) |
| IN THE MATTER OF THE COMPLAINT<br>-of-<br>TAPPAN ZEE CONSTRUCTORS, LLC, AS OWNER OF THE BARGE FF#14 FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br>Plaintiff-Petitioner. | 20-CV-2657 (ALC) (BCM)<br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The next status conference is scheduled for **November 16, 2022**, at **11:00 a.m.** The parties are directed to call (888) 557-8511 on their scheduled date, a few minutes before their scheduled time, and enter the access code 7746387.

Dated: New York, New York
August 10, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**